IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>PATRICK N. LANGAN,<br><br>         Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING IN PART AND DENYING IN PART MOTION TO UNSEAL**<br><br>Case No. 2:18-CR-41 TS<br><br>District Judge Ted Stewart |

    Defendant Patrick N. Langan was sentenced to 60 months' probation on August 17, 2019, following entry of a guilty plea.  He filed a Motion on April 27, 2023 requesting (1) that a copy of the "Statement of Reasons" filed in his criminal case be provided to him without imposition of any fees, and (2) that, if the Statement of Reasons is sealed, that it be unsealed. The Court will grant Mr. Langan's request for a copy of the Statement of Reasons filed in his case.[1] However, the Court will deny Defendant's request to unseal the Statement of Reasons.

    The Committee Notes to Federal Rule of Criminal Procedure 49.1 provide that "statements of reasons in the judgment of conviction" "shall not be included in the public case file and should not be made available to the public at the courthouse or via remote electronic access." Mr. Langan states that it is his right to have the Statement of Reasons unsealed "for

---

[1] Docket No. 44.

1

purposes of preparation in the perfecting of a habeas petition."[2] However, because Mr. Langan will be provided a copy of the Statement of Reasons, the Court finds that maintaining his Statement of Reasons as "sealed" will not interfere with any such right.

It is therefore

ORDERED that Defendant's Motion to Unseal (Docket No. 49) is DENIED in part and GRANTED in part. It is further

ORDERED that the Clerk of the Court print and mail a copy of the Statement of Reasons (Docket No. 44) to Mr. Langan without imposing any fees for providing such copy.

DATED this 4th day of August, 2023.

BY THE COURT:

Ted Stewart
United States District Judge

---

[2] Docket No. 49.

2